UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LEWIS Y. LIU,

                Plaintiff,

   -against-                                    24 **CIVIL** 0812 (LTS) (RWL)

                                                      **JUDGMENT**

CARL E. HEASTIE, WILLIAM A. BARCLAY,
ANDREA STEWART-COUSINS, and
ROBERT G. ORTT,

                Defendants.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated June 20, 2024, the Motion to Dismiss the Complaint is granted without prejudice.

**Dated:** New York, New York

      June 20, 2024

                                                               **DANIEL ORTIZ**

                                                            **Acting Clerk of Court**

                          **BY:**

                                                           **Deputy Clerk**